IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-405-FDW-DCK

| | |
|---|---|
| JONATHAN HULL, and <br> HULL LOGISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROY LAUMONT PAPE, SR., WERNER ENTERPRISES, INC., and ECM TRANSPORT, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Charles Everage, concerning Benny Council, on October 16, 2023. Benny Council seeks to appear as counsel *pro hac vice* for Plaintiff Jonathan Hull. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Benny Council is hereby admitted *pro hac vice* to represent Plaintiff Jonathan Hull.

**SO ORDERED**.

Signed: October 17, 2023

_____
David C. Keesler
United States Magistrate Judge