IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-CV-405

| | |
|---|---|
| JONATHAN HULL AND HULL LOGISTICS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ROY LAUMONT PAPE, SR., ECM TRANSPORT, LLC AND WERNER ENTERPRISES, INC.<br><br>Defendants. | **PROPOSED VOIR DIRE QUESTIONS** |

Pursuant to Section 4(c) of the Case Management Order entered by the Court on August 23, 2023 [DE 11], Plaintiffs Jonathan Hull and Hull Logistics, LLC (collectively "Plaintiffs") and Defendants Roy Laumont Pape, ECM Transport, LLC, ("ECM"), and Werner Enterprises, Inc. ("Werner") (collectively "Defendants") jointly submit the following Proposed Voir Dire Questions.

1. Are you a licensed driver and, if so, do you hold a commercial driver's license?

2. Do you or does any member of your immediate family have experience as a commercial truck driver?

3. Have you had any especially good or bad incidents with large trucks on the road? If so, please explain what happened?

4. Are you employed in a business that utilizes trucks?

   a. If so, how are trucks utilized in your business?

1

5. Have you or has any member of your immediate family ever been a party to a civil lawsuit?

    a. If so, what were the circumstances, and outcome?

6. Have you or has anyone in your immediate family ever been involved in a motor vehicle accident?

    a. If so, who was involved, what type of vehicles were involved, and what happened in the accident?

    b. Were you or your family member injured?

    c. What type of injuries were involved?

    d. If you were the one injured, do you still suffer any effects from these injuries?

    e. Were any claims or lawsuits filed as a result of the accident?

    f. Were you satisfied with the results or the outcome of any claims or lawsuits arising from the accident?

7. Are you familiar with certain medical terms such as:

    a. Concussion

    b. Traumatic brain injury

    c. Soft tissue injury / Whiplash

8. Do you have any experience working with first responders or EMS?

9. Do you have any experience reading or interpreting medical records?

10. Has anyone close to you ever sustained a whiplash or soft tissue neck injury?

11. Has anyone close to you ever sustained a concussion or traumatic brain injury?

12. You do not need to provide any details, but is there anyone close to you who you believe has been diagnosed with post-traumatic stress disorder (PTSD) or anxiety?

13. Do you understand that all persons, including corporations, stand equal before the law and are due the same degree of fairness that is due individuals?

This the 2nd day of August, 2024.

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Anderson H. Phillips
DAVID M. DUKE
State Bar No. 12388
ANDERSON H. PHILLIPS
State Bar No. 52343
P.O. Box 31627
Raleigh, NC 27622
Phone: (919) 782-6860
david.duke@youngmoorelaw.com
anderson.phillips@youngmoorelaw.com
*Attorneys for Defendants*

THE COUNCIL LAW FIRM

By: /s/ Ben Council
Ben Council
419 S. Salcedo St., Suite 2
New Orleans, LA 70119
(504) 822-8350
Ben@thecoucillawfirm.com

HUNTER & EVERAGE PLLC

Charles Ali Everage
P.O. Box 25555
Charlotte, NC 28229
Phone: (704) 377-9157
cae@hunter-everage.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that he served the foregoing document upon all counsel of record with the Clerk of Court using the CM/ECF system.

  This the 2nd day of August, 2024.

            YOUNG MOORE AND HENDERSON, P.A.

            By:  /s/ Anderson H. Phillips
                 David M. Duke
                State Bar No. 12388
                Anderson H. Phillips
                State Bar No. 52343
                Raleigh, NC 27622
                Phone: (919) 782-6860
                david.duke@youngmoorelaw.com
                anderson.phillips@youngmoorelaw.com
                *Attorneys for Defendants*

Served on:

THE COUNCIL LAW FIRM

Ben Council
419 S. Salcedo St., Suite 2
New Orleans, LA 70119
(504) 822-8350
Ben@thecoucillawfirm.com

HUNTER & EVERAGE PLLC

Charles Ali Everage
P.O. Box 25555
Charlotte, NC 28229
Phone: (704) 377-9157
cae@hunter-everage.com
*Attorneys for Plaintiffs*