IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-CV-405

| | |
|---|---|
| JONATHAN HULL AND HULL LOGISTICS, LLC<br><br>       Plaintiffs,<br><br>v.<br><br>ROY LAUMONT PAPE, SR., ECM TRANSPORT, LLC AND WERNER ENTERPRISES, INC.<br><br>       Defendants. | **DEFENDANTS' MOTIONS IN LIMINE** |

NOW COME Defendants Roy Laumont Pape ("Pape"), ECM Transport, LLC ("ECM"), and Werner Enterprises, Inc. ("Werner") (collectively "Defendants"), by and through the undersigned counsel, and respectfully move the Court in *limine* to prohibit Plaintiffs, their attorneys, experts and/or lay witnesses from making any statements or offering any evidence, either directly or indirectly, in the presence of the jury that relates in any way to the following:

1.      Any mention of the existence or non-existence of liability insurance maintained by Defendants.

2.      Any references to or evidence of the size or net worth of Defendants ECM and/or Werner during any stage of this trial.

3.      Any "golden rule" argument inviting the jury to place themselves in the Plaintiff's shoes and award as damages the amount of money they would pay not to experience or have their loved ones experience the injuries and symptoms the Plaintiff suffered, or the amount of money they would expect to receive were they or their loved ones inflicted with such injuries.

4.	Any argument by Plaintiff's counsel that involves or invites the jury to engage in unsubstantiated anchoring of a damages award by improperly making reference to the value of unrelated items or things having no rational connection to Plaintiff's alleged damages.

5.	Any evidence related to prior claims or lawsuits involving Defendants.

6.	Any argument that Plaintiff should receive *per diem* damages.

7.	Any evidence of or references to the lawsuit currently pending in Mecklenburg County Superior Court involving the repossession of Plaintiff's automobile, styled *Carolinas Telco Federal Credit Union v. Jonathan Robert Hull,* 23 CVS 12486; Superior Court Division, Mecklenburg County.

8.	Any evidence of or references to the sale of any personal automobiles by Plaintiff following the subject accident.

9.	Any argument or evidence regarding any alleged economic damages claimed by Plaintiff in connection with Hull Logistics, LLC.

10.	Any evidence or testimony from witnesses Dr. Maria Hubbard, Dr. Richard Newman and Scott Auerbach should be precluded as unreliable.

WHEREFORE, Defendants respectfully move the Court to bar Plaintiffs' counsel from making any mention of or eliciting testimony from any witness relating to the above-referenced matters, or offering any evidence relating to these matters, and that Plaintiffs' counsel be instructed to inform their client and all witnesses to avoid any mention of these matters. Defendants' Memorandum of Law in support of this motion is filed contemporaneously herewith.

This the 2nd day of August, 2024.

2

YOUNG MOORE AND HENDERSON, P.A.

By:    /s/ Anderson H. Phillips
        DAVID M. DUKE
        State Bar No. 12388
        ANDERSON H. PHILLIPS
        State Bar No. 52343
        P.O. Box 31627
        Raleigh, NC 27622
        Phone: (919) 782-6860
        Fax:    (919) 782-6753
        david.duke@youngmoorelaw.com
        anderson.phillips@youngmoorelaw.com
        *Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he served the foregoing document upon all counsel of record with the Clerk of Court using the CM/ECF system.

This the 2nd day of August, 2024.

YOUNG MOORE AND HENDERSON, P.A.

By:    /s/ Anderson H. Phillips
        David M. Duke
        State Bar No. 12388
        Anderson H. Phillips
        State Bar No. 52343
        Raleigh, NC 27622
        Phone: (919) 782-6860
        david.duke@youngmoorelaw.com
        anderson.phillips@youngmoorelaw.com
        *Attorneys for Defendants*

Served on:

THE COUNCIL LAW FIRM

Ben Council
419 S. Salcedo St., Suite 2
New Orleans, LA 70119
(504) 822-8350
Ben@thecoucillawfirm.com

HUNTER & EVERAGE PLLC

Charles Ali Everage
P.O. Box 25555
Charlotte, NC 28229
Phone: (704) 377-9157
cae@hunter-everage.com
*Attorneys for Plaintiffs*

4