IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CV-405-FDW-DCK

| | |
|---|---|
| JONATHAN HULL and HULL LOGISTICS, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) ORDER<br>) |
| ROY LAUMONT PAPE, SR., ECM TRANSPORT, LLC, and WERNER ENTERPRISES, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. The conference shall convene on November 21, 2024, at 10:30 a.m. in Courtroom 8 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: October 10, 2024

Graham C. Mullen
United States District Judge