UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00405-FDW-DCK

| | |
|---|---|
| JONATHAN HULL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| ROY LAUMONT PAPE, SR. et al, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on the Motions in Limine filed by Plaintiffs and Defendants, (Doc. Nos. 27, 29, 30), and the Motion for Leave to Present Testimony via De Bene Esse Deposition filed by Defendants, (Doc. No. 43). Because this matter is likely to be reassigned, the motions are denied with leave to refile to comply with the presiding trial judge's standing order.

**IT IS THEREFORE ORDERED** that the Motions in Limine, (Doc. Nos. 27, 29, 30), and the Motion for Leave to Present Testimony via De Bene Esse Deposition, (Doc. No. 43), are **DENIED** with leave to refile.

**IT IS SO ORDERED.**

Signed: January 28, 2025

Frank D. Whitney
Senior United States District Judge